UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NOLAN HUDSON, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-963** |
| **SHERIFF MARLIN GUSMAN, ET AL** | **SECTION "N"  (5)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 26), as well as the objections filed by the petitioner (Rec. Doc. 27), hereby overrules the petitioner's objections. Further, the Court approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Accordingly,

**IT IS ORDERED** that the petitioner's claims against Sheriff Marlin Gusman, Captain Holt, Lieutenant Johnson, and Sergeant Washington are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 7th day of March, 2014.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**