UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN HUDSON, JR.                              CIVIL ACTION

VERSUS                                         NUMBER: 11-0963

SHERIFF MARLIN GUSMAN, ET AL.                  SECTION: "N"(5)

**ORDER**

Presently before the Court is plaintiff's motion for reconsideration of the order that was previously issued in this case denying his request for appointment of counsel. (Rec. doc. 34).

With the recent dismissal of plaintiff's claims against Sheriff Gusman, Captain Holt, Lieutenant Johnson, and Sergeant Washington (rec. doc. 31), that leaves before the Court only plaintiff's excessive force claim against Sergeant Ruiz. (Rec. doc. 26, pp. 13-15). Given the rather straightforward, limited nature of that claim and plaintiff's lengthy history of prosecuting *pro se* lawsuits in this forum,[1]/ he has not demonstrated exceptional circumstances sufficient to warrant the appointment of counsel. *Norton v. Dimazana*, 122

---

[1]/ *See* 92-CV-2927, 92- CV -3453, 92- CV -4170, 94-MC-1944, 94-MC-2161, 94-MC-2518, 99-CV-2445, 00-CV-0229, 05-CV-2527, 08-CV-1070, 08-CV-3508, 08-CV-3686, and 08-CV-3765.

F.3d 286, 293 (5th Cir. 1997). Accordingly, plaintiff's motion for reconsideration is hereby denied.

New Orleans, Louisiana, this 18th day of March, 2014.

                              MICHAEL B. NORTH
                       UNITED STATES MAGISTRATE JUDGE